# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ANNAMARIE RIETHMILLER,**

    **Plaintiff,**

**v.**                                          **CASE NO.  3:12-cv-493-MW/EMT**

**ELECTORS FOR THE STATE**
**OF FLORIDA, et al.,**

    **Defendants.**

_____

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 17, filed January 30, 2013.  The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 18, filed February 19, 2013.  Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  This case is transferred to the United States District Court for the Middle

1

District of Florida, Tampa Division.  The clerk must take all steps necessary to effect the transfer and close the file.

    SO ORDERED on February 20, 2013.

                                               s/Mark E. Walker  
                                               United States District Judge