UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNAMARIE D. RIETHMILLER,

            Plaintiff,

v.                            Case No. 8:13-cv-487-T-33TGW

ELECTORS FOR THE STATE OF
FLORIDA, et al.,

            Defendants.

_____/

## ORDER

This cause comes before the Court pursuant to the March 1, 2013, Report and Recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 23), in which Judge Wilson recommends that this case be "dismissed without any further leave to amend." Id. at 4. As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.[1]

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

---

[1] The Court notes that, on March 11, 2013, Plaintiff filed a document entitled "Reply to this Court's Order of February 22, 2013: Related Case Order and Track Two Notice." (Doc. # 24). In an abundance of fairness to the pro se Plaintiff, the Court has reviewed and considered that document in light of Judge Wilson's Report and Recommendation. However, even if the Court were to construe that document as an objection to the Report and Recommendation, the Court finds that adopting the Report and Recommendation would nonetheless be appropriate in this case.

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Report and Recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 23) is **ACCEPTED** and **ADOPTED**.

(2)    Plaintiff's   complaint   is   dismissed   without   leave to

amend.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u>

day of March, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record